UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINICK GAFFNEY,

          Plaintiff,

    - against -

FREDERICK MUNZ ET AL.,

          Defendants.

22-cv-2316 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for June 29, 2022, at 12:00 p.m. is canceled. The parties are directed to submit a Rule 26(f) report by 7/8/22.

SO ORDERED.

Dated:    New York, New York
          June 23, 2022

                                    John G. Koeltl
                              United States District Judge